1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PEGGY PHELPS, a single person; JUDY GRANT, a single person; DIANA HOUSE, a single person; SUSAN MATTHEWS, a single person; ANGELA CREEL, a single person; MICHELLE CORY, a single person; JEFF ROWLING and BRENDA ROWLING, husband and wife, and the marital community thereof; CHARLES DOONAN, a single person; and THARA EANG and CRYSTAL EANG, husband and wife, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN SHORES ASSOCIATES, L.P., a Washington limited partnership; and OLYMPIC MANAGEMENT CO., a Washington corporation; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.  C06-5512RJB<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On June 11, 2007, Defendant Olympic Management filed Motions for Summary Judgement on the following Plaintiffs' claims:  Peggy Phelps, Judy Grant, Diana House, Susan Matthews, Angela Creel, Jeff Rowling, Brenda Rowling, Charles Doonan, Thara Eang and Crystal Eang.

ORDER
Page - 1

Dkts. 36, 38, 40, 43, 45, 47, 49, 51, and 53. Plaintiff filed a Motion for Continuance of Defendant Olympic Management's Motions for Summary Judgment under Fed. R. Civ. P. 56(f) and Motion to Continuance of the Discovery Deadlines. Dkt. 61. Plaintiff's Motion to Continue the Summary Judgment Motion and to Continue the Discovery Deadline (Dkt. 61) is **GRANTED**. An opinion will follow.

DATED this 16th day of July, 2007.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.