UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PEGGY PHELPS, a single person; JUDY GRANT, a single person; DIANA HOUSE, a single person; SUSAN MATTHEWS, a single person; ANGELA CREEL, a single person; MICHELLE CORY, a single person; JEFF ROWLING and BRENDA ROWLING, husband and wife, and the marital community thereof; CHARLES DOONAN, a single person; and THARA EANG and CRYSTAL EANG, husband and wife, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN SHORES ASSOCIATES, L.P., a Washington limited partnership; and OLYMPIC MANAGEMENT CO., a Washington corporation; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.  C06-5512RJB<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion to Dismiss Defendant United States (Dkt. 65), Plaintiffs' Motion to Remand to State Court Pursuant to 28 U.S.C. § 1447(c) (Dkt. 69), and the United States' Motion to Dismiss cross claims, made orally at the telephonic hearing held on August 9, 2007.

ORDER
Page - 1

As stated in the Court's oral ruling, it is hereby, **ORDERED** that:

- The United States' Motion to Dismiss its cross claims is **GRANTED**; the cross claims against Ocean Shores Associates, L.P., and Olympic Management are **DISMISSED WITHOUT PREJUDICE**;
- Plaintiffs' Motion to Dismiss Defendant United States (Dkt. 65) is **GRANTED**; the United States is **DISMISSED WITH PREJUDICE**;
- Plaintiffs' Motion to Remand to State Court Pursuant to 28 U.S.C. § 1447(c) (Dkt. 69) is **GRANTED**,
- All Pending Motions for Summary Judgment (Dkts. 36, 38, 40, 43, 45, 47, 49, 51, and 53) are **DENIED WITHOUT PREJUDICE** as **MOOT**, and
- The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 10th day of August, 2007.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge