# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEGGY PHELPS, et al | JUDGMENT IN A CIVIL CASE |
| v. | |
| OCEAN SHORES ASSOCIATES, L.P., et al | CASE NUMBER: C06-5512RJB |

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The United States' Motion to Dismiss its cross claims is GRANTED; the cross claims against Ocean Shores Associates, L.P., and Olympic Management are DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to Dismiss Defendant United States (Dkt #65) is GRANTED; the United States is DISMISSED WITH PREJUDICE. Plaintiffs' Motion to Remand to State Court Pursuant to 28 U.S.C. sec. 1447(c) (Dkt #69) is GRANTED. All pending motions for summary judgment are DENIED WITHOUT PREJUDICE as MOOT.

August 22, 2007                              BRUCE RIFKIN
                                             Clerk

                                             /s/ Dara L. Kaleel
                                             By Dara L. Kaleel, Deputy Clerk